IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KIYOHN M. CAROLL, | § | |
| | § | No. 81, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1703008054 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | | |

Submitted: September 20, 2024
Decided: October 8, 2024

## <u>ORDER</u>

On August 23, 2024, the Chief Deputy Clerk issued a notice by certified mail to the mailing address provided by the appellant, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of August 12, 2024. Postal records show that delivery was attempted on August 26, 2024, but no authorized recipient was available. The postal service left notice at the delivery address and later returned the notice as unclaimed and unable to forward. On September 9, 2024, the Chief Deputy Clerk reissued the notice to show cause by first-class mail. Because the appellant has failed to respond to the notice to show cause within the required ten-day period, to file the opening brief, or to report any change of address to the Court, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2)

and 29(b), that this appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice